United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY SPENCER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-1934 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER

On February 9, 2023, the court entered an Order granting Defendant Wal-Mart Stores Texas, LLC's Motion to Compel Arbitration and Stay Litigation (Docket Entry No. 15). The parties' Joint Status Report (Docket Entry No. 16) states that an arbitrator has been appointed. A district court has the discretion to dismiss an action when all the issues raised in the district court must be submitted to arbitration. Fedmet Corp. v. M/V BUYALYK, 194 F.3d 674, 678 (5th Cir. 1999); Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161, 1164 (5th Cir. 1992). Because all of the issues in this action will be arbitrated, there is no reason to retain jurisdiction over the action. Accordingly, the court will dismiss this action without prejudice.

**SIGNED** at Houston, Texas, on this 17th day of March, 2023.

--------------------------------
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE